IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03078-BNB

DARLENE GRIFFITH,

    Plaintiff,

v.

CARMEN A. MEYER, R.N.,
LOUIS CABILING M.D.,
JUDY BRIZENDINE, H.S.A.,
DOUG ROBERTS, P.P.M.U.,
MS. J. GRAY, H.S.A.,
JOHN DOE, M.D.,
MS. TORRES, R.N., and
CHEIF [sic] MEDICAL OFFICER,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Order" (ECF No. 7) filed on February 27, 2012, requesting an extension of time if she did not file her amended complaint on the proper form is DENIED as unnecessary. Plaintiff filed her amended complaint (ECF No. 6) on the proper form on February 27.

    Dated: February 28, 2012