IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-03078-CMA-BNB

DARLENE GRIFFITH,

Plaintiff,

v.

CARMEN A MEYER, N.P.,
PAULA FRANTZ, chief medical officer,
LOUIS CABILING, M.D.,
JUDY BRIZNDINE, H.S.A.,
DIANE TORRES, N.P.,
THOMAS L. PULK, M.D.,
HOPE C. BEATTE, PHD,
STEVEN GALEGOS, P.A.
SUSAN TIONA, M.D.,
ROY HAVENS, P.A.,
ERICA WILSON, pharmacist,

Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

The plaintiff filed her Amended Prisoner Complaint on February 27, 2012 [Doc. #6].

Subsequently, I permitted the plaintiff file a Second Amended Complaint [Doc. #71].  The

Second Amended Complaint names as additional defendants Thomas Pulk, Hope Beatte, Steven

Gallegos, Susan Tiona, Roy Havens, and Erica Wilson.

IT IS ORDERED:

(1)  The United States Marshal shall serve a copy of the Second Amended Complaint,

summons, order granting leave to proceed pursuant to 28 U.S.C. §1915 and all other orders on

defendants Thomas Pulk, Hope Beatte, Steven Gallegos, Susan Tiona, Roy Havens, and Erica

Wilson.  If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d).  All costs of service shall be advanced by the United States.

(2)    Defendants Thomas Pulk, Hope Beatte, Steven Gallegos, Susan Tiona, Roy Havens, and Erica Wilson or counsel for the defendants shall respond to the Second Amended Complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated February 12, 2013.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge