**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03078-RM-BNB

DARLENE GRIFFITH,

    Plaintiff,

v.

CARMEN A. MEYER, N.P.,
PAULA FRANTZ, CHIEF MEDICAL OFFICER,
LOUIS CABILING, M.D.,
JUDY BRIZENDINE, H.S.A.,
DIANE TORRES, N.P.,
THOMAS L. PULK, M.D.,
HOPE C. BEATTE, PHD,
STEVEN GALLEGOS, P.A.,
SUSAN TIONA, M.D.,
ROY HAVENS, P.A.,
ERICA WILSON, PHARMACIST,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order adopting recommendation of Magistrate Judge Boland entered on 6/27/2014 it is ORDERED that judgment is entered in favor of defendants on all claims.

    Dated at Denver, Colorado this 30th day of June, 2014.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                              By:    s/T.Lee
                                      Deputy Clerk